**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 06-6963**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RAY WALLACE METTETAL, JR., a/k/a Steven Ray
Maupin,

Defendant - Appellant.

Appeal from the United States District Court for the Western
District of Virginia, at Charlottesville.  Norman K. Moon, District
Judge.  (3:96-cr-50034-nkm)

Submitted:  February 14, 2007          Decided:  March 1, 2007

Before MICHAEL, MOTZ, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ray Wallace Mettetal, Jr., Appellant Pro Se.  Thomas Linn Eckert,
Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ray Wallace Mettetal, Jr., appeals the district court's order denying his Fed. R. Crim P. 41(g) motion for return of property. We have reviewed the record and find no reversible error. Accordingly, we grant Mettetal's motion for leave to proceed in forma pauperis on appeal and affirm for the reasons stated by the district court. <u>United States v. Mettetal</u>, No. 3:96-cr-50034-nkm (W.D. Va. May 3, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>